## Henry vs. Green.

Where no motion for a new trial has been made, nor any question of law reserved at the trial, there is nothing before this court for adjudication.

The rule established in *State Bank vs. Conway*, 13 *Ark.* 344—*which is simple, and easily understood and followed*—applies as well to cases submitted to the court, as to a jury, and to cases where there is an agreed statement of facts, as where the facts are proven by witnesses.

*Appeal from Yell Circuit Court.*

Hon. John J. Clendenin, Circuit Judge.

Hollowell, for appellant.

Jordan, for the appellee.

Mr. Chief Justice English delivered the opinion of the court.

The judgment in this case must be affirmed under the rule of practice settled in *State Bank vs. Conway*, 13 *Ark.* 344.

The issues were submitted to the court, sitting as a jury, and finding for defendant. The plaintiff excepted to the finding, and without moving for a new trial, but merely taking a bill of exceptions setting out the evidence, appealed. No question of law is legitimately presented for the decision of this court, See also *Gardner vs. Miller, et al.,* (*present term.*)